UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

CEDRIC ANTHONY § 
§
§
§   CIVIL ACTION NUMBER:
§   _____4:14-CV-1787_____
*versus* §
§
SOUTHERN UNITED §
NEIGHBORHOODS §
§
§

# CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c) .

/s/ Doug Young      10/15/14
_____     _____


_____     _____


### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge
_____MARY MILLOY_____

to conduct all further proceedings, including final judgment.


_____     _____
    Date                  United States District Judge

SDTX (consent mag) 7/13/98

SCANLAN, BUCKLE & YOUNG, PC

/s/ Doug Young
Doug Young
Attorney-in-Charge
Texas Bar No. 22180650
Southern District of Texas Bar No. 2365715
602 West 11th Street
Austin, TX  78701
E-mail: dyoung@sbylaw.com
Tel: 512/478-4651
Fax:  512/478-7750
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles L. Scalise
Ross Law Group
1104 San Antonio Street
Austin, Texas 78701

/s/ Doug Young