UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CEDRIC ANTHONY | § § § § § | CIVIL ACTION NUMBER: 4:14-CV-1787 |
| *versus* | § § | |
| SOUTHERN UNITED NEIGHBORHOODS | § § § § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c).

/s/ Doug Young     10/15/14

/s/ Charles L. Scalise     10/16/2014

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**MARY MILLOY**

to conduct all further proceedings, including final judgment.

10-17-14
Date

United States District Judge

SDTX (consent mag) 7/13/98