IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CEDRIC ANTHONY, on behalf of
himself and others similarly situated,

    Plaintiffs,

v.                                                Case No.: 4:14-cv-01787

SOUTHERN UNITED NEIGHBORHOODS
and LOCAL 100 UNITED LABOR UNIONS,

    Defendants.
_____/

## ORDER

Pursuant to the agreement of the parties, this case is dismissed with prejudice. This is a final judgment.

SIGNED this 6th day of Nov, 2014.

_____
JUDGE PRESIDING

**MARY MILLOY**
**U.S. Magistrate Judge**

**AGREED:**

/s/ Charles L. Scalise
**CHARLES L. SCALISE**
Bar No. 24064621
**Ross Law Group**
1104 San Antonio Street
Austin, TX 78701
(512) 474-7677 – Telephone
(512) 474-5306 – Facsimile
charles@rosslawpc.com

**Attorney for Plaintiff**

/s/ Doug Young
**DOUG YOUNG**
Bar No. 22180650
**Scanlan, Buckle & Young, PC**
602 West 11th Street
Austin, Texas 78701
(512) 478-4651 – Telephone
(512) 478-7750 – Facsimile
dyoung@sbylaw.com

**Attorney for Defendants**